B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Louisiana

In re    **Redeemed Properties, Inc.**_____,   Case No. ____**09-10846**_____

                                    Debtor

                                    Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 4 | 3,197,825.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 14 | | 4,290,871.56 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 30,520.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 3,197,825.00 | | |
| Total Liabilities | | | | 4,321,391.56 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Louisiana

In re    **Redeemed Properties, Inc.**                   ,    Case No.    **09-10846**

                                Debtor      Chapter               **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

  ☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Redeemed Properties, Inc.**                                      ,   Case No.   **09-10846**
_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **Adams 5612** | | - | **34,000.00** | **45,000.00** |
| **Clayton 3749** | | - | **28,000.00** | **35,000.00** |
| **Clayton 5010 and Clayton 5018** | | - | **16,000.00** | **29,000.00** |
| **Clayton 4720** | | - | **29,000.00** | **38,000.00** |
| **Clayton 5056** | | - | **31,000.00** | **46,000.00** |
| **Curtis 2741** | | - | **31,000.00** | **37,000.00** |
| **Dalton 3576** | | - | **29,000.00** | **32,500.00** |
| **Elm 2908** | | - | **31,000.00** | **32,155.56** |
| **Erie 3001** | | - | **31,000.00** | **41,500.00** |
| **Erie 2948** | | - | **29,000.00** | **40,000.00** |
| **Dayton 2815** | | - | **29,000.00** | **32,000.00** |
| **Dayton 3402** | | - | **21,000.00** | **17,000.00** |
| **Geronimo 3452** | | - | **20,000.00** | **20,000.00** |
| **Greenwell 3328** | | - | **29,000.00** | **27,500.00** |
| **Henderson 5742** | | - | **30,000.00** | **43,000.00** |
| **Jackson 4748** | | - | **26,000.00** | **33,000.00** |
| **Rhodes 2275** | | - | **31,000.00** | **38,000.00** |
| **Mohican 4135** | | - | **21,000.00** | **14,000.00** |
| | | Sub-Total > | **496,000.00** | (Total of this page) |

__3__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re  **Redeemed Properties, Inc.**                                    ,    Case No.   **09-10846**
                                        Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Mohican 4148 | | - | 29,000.00 | 17,500.00 |
| Sherwood 3958 | | - | 18,000.00 | 18,000.00 |
| Sherwood 4592 | | - | 29,000.00 | 40,000.00 |
| Spedale 3848 | | - | 30,000.00 | 41,000.00 |
| Sycamore 3965 | | - | 31,000.00 | 36,000.00 |
| Winbourne 3027 | | - | 29,000.00 | 35,500.00 |
| North 30th 1621 | | - | 29,000.00 | 36,000.00 |
| North 68th Street 3045 | | - | 35,000.00 | 41,000.00 |
| 69th Street 2938 | | - | 34,000.00 | 51,000.00 |
| 70th Street 2915 | | - | 25,000.00 | 39,000.00 |
| Bomer 7351 | | - | 30,000.00 | 34,500.00 |
| Byron 5153 | | - | 29,000.00 | 31,000.00 |
| Clayton 5350 | | - | 36,000.00 | 49,000.00 |
| Eleanor 3842 | | - | 26,000.00 | 37,000.00 |
| Fairfields 4911 | | - | 26,000.00 | 34,000.00 |
| Henderson 5724 | | - | 30,000.00 | 34,000.00 |
| Mohican 4188 | | - | 30,000.00 | 38,000.00 |
| Ontario 3229 | | - | 30,000.00 | 39,000.00 |
| Prescott 5024 | | - | 29,000.00 | 36,000.00 |
| Shelley 2845 | | - | 26,000.00 | 17,500.00 |
| Underwood 4967 | | - | 31,000.00 | 40,000.00 |
| | | Sub-Total > | 612,000.00 | (Total of this page) |

Sheet   **1**   of   **3**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Redeemed Properties, Inc.** ,    Case No.    **09-10846**
                                          Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Osbourne 5444** | | - | **26,000.00** | **36,500.00** |
| **Clayton 4060** | | - | **31,000.00** | **44,000.00** |
| **Chipley 920** | | - | **39,000.00** | **47,000.00** |
| **North Foster 4065** | | - | **28,000.00** | **34,000.00** |
| **Lupine 2722** | | - | **21,000.00** | **19,500.00** |
| **Fairfields 3406** | | - | **27,000.00** | **30,000.00** |
| **Ozark 3864** | | - | **29,000.00** | **33,000.00** |
| **Ritterman 5339** | | - | **30,000.00** | **38,000.00** |
| **Perimeter 6849** | | - | **35,000.00** | **44,000.00** |
| **Shelley 3577** | | - | **32,000.00** | **49,500.00** |
| **Sumrall 5074** | | - | **27,000.00** | **32,500.00** |
| **Terrance 1824** | | - | **32,000.00** | **41,000.00** |
| **Winbourne 3005** | | - | **32,000.00** | **39,500.00** |
| **Denova 5965 (29000), DeSoto 2351 (24000), Doughtery 2965 (22000), Frey 5549 (24000), Madison 5429 (34000), Ontario 2722 (32000), Oakview 7933 (40,000), Ritterman 4909 (26000), Sycamore 2966 (23000), North 15th 2116 (27000), North 39th 2316 (24000), 70th Street 2110 (34000), Underwood 5424 (25000), Walnut 1840 (30000), Wayne 3621 (32000), Wilmot 5220 (32000), Elm 4638 (43000)** | | - | **501,000.00** | **845,216.00** |

Sub-Total >    **890,000.00**    (Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re **Redeemed Properties, Inc.** ,  Case No. **09-10846**
_____
Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Amarillo 2955 (27000), Alliquippa 2955 (22000), Alliquippa 3350 (23000), Alliquippa 3360 (23000), Byron 5767 (29000), Cannon 4417 (37000), Clayton 3651 (30000), Douglas 5025 (27000), Duke 3067 (29000), Hollywood 3323 (30000), Henagen 5741 (31000), Iroquois 2685 (31000), Lynn 3981 (34000), North Foster 3695 (29000), Shelley 3034 (28000), Topeka 3830 (27000), Walnut 2005 (30000), Wyandott 3912 (34000)** | | - | **521,000.00** | **637,500.00** |
| **Winbourne 2820 (24000), 70th 2553 (34000), 4968 Underwood (43000)** | | - | **101,000.00** | **183,000.00** |
| **Perimeter 6578** | | - | **34,000.00** | **64,000.00** |
| **Amarillo 2530 (36000), East Belfair 2312 (34000), Clayton 5112 (30000), Eleanor 3758 (27000), Eleanor 3770 (29000), Evangeline 3574 (29000), Fairwoods 3446 (27000), Madison 4735 (29000), Plantation 2327 (37000), Pontotoc 6242 (30000), Underwood 4662 (31000), Underwood 4851 (29000) 68th Street 2951 (32000), Eerie 2701 (32000) and Fairfields 5629 (25000)** | | - | **457,000.00** | **562,000.00** |
| **70th Street 2903** | | - | **20,920.00** | **33,000.00** |
| **Eleanor 3842** | | - | **22,500.00** | **38,000.00** |
| **Mohican 4051** | | - | **18,305.00** | **18,000.00** |
| **Shelley 4708** | | - | **25,100.00** | **31,000.00** |

Sub-Total >  **1,199,825.00**  (Total of this page)

Total >  **3,197,825.00**

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Redeemed Properties, Inc.**                                                    Case No.    **09-10846**
                                          ,
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **State Bank** | **-** | **0.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

  __2__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Redeemed Properties, Inc.**                                          ,    Case No. ___**09-10846**___
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Insurance claims for property damage which occurred during Hurricane Gustav (2008) and Hurricane Katrina (2005)** | - | **Unknown** |

Sub-Total >                    **0.00**
(Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Redeemed Properties, Inc.**                                    ,    Case No.    **09-10846**
                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          0.00
(Total of this page)
Total >          0.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Redeemed Properties, Inc.**                                              ,    Case No.    **09-10846**
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>**American Gateway**<br>**P.O. Box 500**<br>**Port Allen, LA 70767** | | - | | | **Winbourne 2820 (24000), 70th 2553 (34000), 4968 Underwood (43000)**<br><br>Value $                 **101,000.00** | | | | **183,000.00** | **82,000.00** |
| Account No.<br><br>**Representing:**<br>**American Gateway** | | | | | **American Gateway**<br>**c/o John Brady, Attorney**<br>**3301 North Blvd**<br>**Baton Rouge, LA 70806**<br><br>Value $ | | | | | |
| Account No.<br><br>**American Gateway**<br>**P.O. Box 500**<br>**Port Allen, LA 70767** | | - | | | **70th Street 2553**<br><br>Value $                  **34,000.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**American Gateway**<br>**P.O. Box 500**<br>**Port Allen, LA 70767** | | - | | | **Underwood 4968**<br><br>Value $                  **43,000.00** | | | | **Unknown** | **Unknown** |

____**13**____ continuation sheets attached

Subtotal                 | **183,000.00** | **82,000.00**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                     Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Redeemed Properties, Inc.**                                         ,    Case No. **09-10846**
_____                                                    _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | **Adams 5612** | | | | | |
| **Chase Home Finance** | - | | | | | | | | | |
| | | | | | Value $                **34,000.00** | | | | **45,000.00** | **11,000.00** |
| Account No. | | | | | **Charles K. Watts** **8550 United Plaza Blvd.** **Suite 200** **Baton Rouge, LA 70809** | | | | | |
| **Representing:** **Chase Home Finance** | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | **Clayton 4720** | | | | | |
| **Chase Home Finance** | - | | | | | | | | | |
| | | | | | Value $                **29,000.00** | | | | **38,000.00** | **9,000.00** |
| Account No. | | | | | **Mohican 4135** | | | | | |
| **Chase Home Finance** | - | | | | | | | | | |
| | | | | | Value $                **21,000.00** | | | | **14,000.00** | **0.00** |
| Account No. | | | | | **Osbourne 5444** | | | | | |
| **Chase Home Finance** | - | | | | | | | | | |
| | | | | | Value $                **26,000.00** | | | | **36,500.00** | **10,500.00** |

Sheet  **1**   of  **13**   continuation sheets attached to            Subtotal            | **133,500.00** | **30,500.00** |
Schedule of Creditors Holding Secured Claims           (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re __**Redeemed Properties, Inc.**_____ ,    Case No. ___**09-10846**_____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Chase Home Finance** | | | Ritterman 5339 <br><br><br> Value $       30,000.00 | | | | 38,000.00 | 8,000.00 |
| Account No. <br><br> **Citi Mortgage** | | | Sherwood 4592 <br><br><br> Value $       29,000.00 | | | | 40,000.00 | 11,000.00 |
| Account No. <br><br> **Citi Mortgage** | | | North 30th 1621 <br><br><br> Value $       29,000.00 | | | | 36,000.00 | 7,000.00 |
| Account No. <br><br> **Citi Mortgage** | | | Clayton 5350 <br><br><br> Value $       36,000.00 | | | | 49,000.00 | 13,000.00 |
| Account No. <br><br> **Citi Mortgage** | | | Eleanor 3842 <br><br><br> Value $       26,000.00 | | | | 37,000.00 | 11,000.00 |

Sheet __**2**___ of __**13**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        200,000.00        50,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Redeemed Properties, Inc.**                                          ,     Case No.  **09-10846**
                                  Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Citi Mortgage** | | - | **Fairfields 4911**<br><br><br>Value $          **26,000.00** | | | | 34,000.00 | 8,000.00 |
| Account No.<br><br>**Citi Mortgage** | | - | **Ontario 3229**<br><br><br>Value $          **30,000.00** | | | | 39,000.00 | 9,000.00 |
| Account No.<br><br>**Citi Mortgage** | | - | **Prescott 5024**<br><br><br>Value $          **29,000.00** | | | | 36,000.00 | 7,000.00 |
| Account No.<br><br>**Citi Mortgage** | | - | **Underwood 4967**<br><br><br>Value $          **31,000.00** | | | | 40,000.00 | 9,000.00 |
| Account No.<br><br>**Citimortgage** | | - | **Curtis 2741**<br><br><br>Value $          **31,000.00** | | | | 37,000.00 | 6,000.00 |

Sheet __3__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 186,000.00 | 39,000.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Redeemed Properties, Inc.**                                    ,   Case No.   **09-10846**

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Eleanor 3842 | | | | | |
| **CitiMortgage** c/o Cris Jackson, Attorney at Law 1010 Common Street, #1800 New Orleans, LA 70112 | - | | | | | | | |
| | | | Value $          22,500.00 | | | | 38,000.00 | 15,500.00 |
| Account No. | | | Amarillo 2530 (36000), East Belfair 2312 (34000), Clayton 5112 (30000), Eleanor 3758 (27000), Eleanor 3770 (29000), Evangeline 3574 (29000), Fairwoods 3446 (27000), Madison 4735 (29000), Plantation 2327 (37000), Pontotoc 6242 (30000), Under | | | | | |
| **First Guaranty** P. O. Box 2009 Hammond, LA 70404 | - | | | | | | | |
| | | | Value $          457,000.00 | | | | 562,000.00 | 105,000.00 |
| Account No. | | | Andre Coudrain P. O. Box 1509 Hammond, LA 70404 | | | | | |
| **Representing:** **First Guaranty** | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | Rhodes 2275 | | | | | |
| **GMAC** c/o Stacey Wheat, Attorney At Law 601 Poydras, Suite 2080 New Orleans, LA 70130 | - | | | | | | | |
| | | | Value $          31,000.00 | | | | 38,000.00 | 7,000.00 |
| Account No. | | | Sycamore 3965 | | | | | |
| **GMAC** | | | | | | | | |
| | - | | Value $          31,000.00 | | | | 36,000.00 | 5,000.00 |

Sheet  **4**  of  **13**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 674,000.00 | 132,500.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re __Redeemed Properties, Inc.__ ,   Case No. __09-10846__
_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**GMAC** | | - | | **69th Street 2938** | | | | | |
| | | | | Value $            **34,000.00** | | | | **51,000.00** | **17,000.00** |
| Account No.<br><br>**GMAC** | | - | | **Winbourne 3005** | | | | | |
| | | | | Value $            **32,000.00** | | | | **39,500.00** | **7,500.00** |
| Account No.<br><br>**Hancock Bank**<br>**P.O. Box 4020**<br>**Gulfport, MS 39502** | | - | | **Elm 4638** | | | | | |
| | | | | Value $            **64,000.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Hancock Bank**<br>**P.O. Box 4020**<br>**Gulfport, MS 39502** | | - | | **Perimeter 6578 and 2nd Mortgage on Elm 4638** | | | | | |
| | | | | Value $            **34,000.00** | | | | **64,000.00** | **30,000.00** |
| Account No.<br><br>**Homecomings** | | - | | **Jackson 4748** | | | | | |
| | | | | Value $            **26,000.00** | | | | **33,000.00** | **7,000.00** |

Sheet __5__ of __13__ continuation sheets attached to                    Subtotal
Schedule of Creditors Holding Secured Claims                    (Total of this page)

| | |
|---|---|
| **187,500.00** | **61,500.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Redeemed Properties, Inc.**                                    ,      Case No.    **09-10846**
                                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.  <br><br>**Iberville Bank**<br>**P.O. Box 695**<br>**Plaquemine, LA 70765** | - | | Amarillo 2955 (27000), Alliquippa 2955 (22000), Alliquippa 3350 (23000), Alliquippa 3360 (23000), Byron 5767 (29000), Cannon 4417 (37000), Clayton 3651 (30000), Douglas 5025 (27000), Duke 3067 (29000), Hollywood 3323 (30000), Henagen 5741 <br> Value $        **521,000.00** | | | | 637,500.00 | 116,500.00 |
| Account No.  <br><br>**Liberty Bank**<br>**P. O. Box 60131**<br>**New Orleans, LA 70160** | - | | Denova 5965 (29000), DeSoto 2351 (24000), Doughtery 2965 (22000), Frey 5549 (24000), Madison 5429 (34000), Ontario 2722 (32000), Oakview 7933 (40,000), Ritterman 4909 (26000), Sycamore 2966 (23000), North 15th 2116 (27000), North 39th 2316 <br> Value $        **501,000.00** | | | | 845,216.00 | 344,216.00 |
| Account No.  <br><br>**National City Mortgage** | - | | Elm 2908 <br><br><br> Value $        **31,000.00** | | | | 32,155.56 | 1,155.56 |
| Account No.  <br><br>**National City Mortgage**<br>**c/o Cris Jackson, Attorney at Law**<br>**1010 Common Street, Ste 1800**<br>**New Orleans, LA 70112** | - | | Dayton 2815 <br><br><br> Value $        **29,000.00** | | | | 32,000.00 | 3,000.00 |
| Account No.  <br><br>**National City Mortgage** | - | | Dayton 3402 <br><br><br> Value $        **21,000.00** | | | | 17,000.00 | 0.00 |

Sheet  **6**  of  **13**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                1,563,871.56            464,871.56

B6D (Official Form 6D) (12/07) - Cont.

In re  **Redeemed Properties, Inc.** _____ ,  Case No. ___**09-10846**___
                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **National City Mortgage** | - | | **Geronimo 3452** Value $        20,000.00 | | | | 20,000.00 | 0.00 |
| Account No. **National City Mortgage** | - | | **Greenwell 3328** Value $        29,000.00 | | | | 27,500.00 | 0.00 |
| Account No. **National City Mortgage** | - | | **Mohican 4148** Value $        29,000.00 | | | | 17,500.00 | 0.00 |
| Account No. **National City Mortgage** | - | | **Sherwood 3958** Value $        18,000.00 | | | | 18,000.00 | 0.00 |
| Account No. **National City Mortgage** | - | | **North 68th Street 3045** Value $        35,000.00 | | | | 41,000.00 | 6,000.00 |

Sheet __**7**__ of __**13**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 124,000.00 | 6,000.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re __Redeemed Properties, Inc._____,    Case No. __09-10846_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Henderson 5724 | | | | | |
| National City Mortgage | | - | | | | | | |
| | | | Value $             30,000.00 | | | | 34,000.00 | 4,000.00 |
| Account No. | | | Mohican 4188 | | | | | |
| National City Mortgage | | - | | | | | | |
| | | | Value $             30,000.00 | | | | 38,000.00 | 8,000.00 |
| Account No. | | | Shelley 2845 | | | | | |
| National City Mortgage | | - | | | | | | |
| | | | Value $             26,000.00 | | | | 17,500.00 | 0.00 |
| Account No. | | | Chipley 920 | | | | | |
| National City Mortgage | | - | | | | | | |
| | | | Value $             39,000.00 | | | | 47,000.00 | 8,000.00 |
| Account No. | | | National City Mortgage Bankruptcy Department 3232 Newmark Drive Miamisburg, OH 45342 | | | | | |
| Representing: National City Mortgage | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __8___ of __13___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 136,500.00 | 20,000.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __**Redeemed Properties, Inc.**_____,    Case No. ___**09-10846**_____

_____
                         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **National City Mortgage** | - | | North Foster 4065 <br><br> Value $  **28,000.00** | | | | **34,000.00** | **6,000.00** |
| Account No. **National City Mortgage** | - | | Lupine 2722 <br><br> Value $  **21,000.00** | | | | **19,500.00** | **0.00** |
| Account No. **National City Mortgage** | - | | Fairfields 3406 <br><br> Value $  **27,000.00** | | | | **30,000.00** | **3,000.00** |
| Account No. **National City Mortgage** | - | | Ozark 3864 <br><br> Value $  **29,000.00** | | | | **33,000.00** | **4,000.00** |
| Account No. **National City Mortgage** | - | | Perimeter 6849 <br><br> Value $  **35,000.00** | | | | **44,000.00** | **9,000.00** |

Sheet __**9**__ of __**13**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **160,500.00** | **22,000.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Redeemed Properties, Inc.**                                                ,    Case No.    **09-10846**
                                                      Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Sumrall 5074 | | | | | |
| **National City Mortgage** | - | | | | | | | |
| | | | Value $ 27,000.00 | | | | 32,500.00 | 5,500.00 |
| Account No. | | | Terrance 1824 | | | | | |
| **National City Mortgage** | - | | | | | | | |
| | | | Value $ 32,000.00 | | | | 41,000.00 | 9,000.00 |
| Account No. | | | Mohican 4051 | | | | | |
| **National City Mortgage** | - | | | | | | | |
| | | | Value $ 18,305.00 | | | | 18,000.00 | 0.00 |
| Account No. | | | Shelley 4708 | | | | | |
| **National City Mortgage** | - | | | | | | | |
| | | | Value $ 25,100.00 | | | | 31,000.00 | 5,900.00 |
| Account No. | | | Clayton 5010 and Clayton 5018 | | | | | |
| **New South** **210 Automation Way** **Birmingham, AL 35210** | - | | | | | | | |
| | | | Value $ 16,000.00 | | | | 29,000.00 | 13,000.00 |

Sheet  **10**  of  **13**  continuation sheets attached to                          Subtotal               151,500.00        33,400.00
Schedule of Creditors Holding Secured Claims                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Redeemed Properties, Inc.**                                    ,    Case No.    **09-10846**
_____
                           Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Clayton 5018 | | | | | |
| **New South** | | - | | | | | | |
| | | | Value $            45,000.00 | | | | 45,000.00 | 0.00 |
| Account No. | | | Winbourne 3027 | | | | | |
| **Principal** c/o Dean Morris P. O. Box 2867 Monroe, LA 71207 | | - | | | | | | |
| | | | Value $            29,000.00 | | | | 35,500.00 | 6,500.00 |
| Account No. | | | 70th Street 2915 | | | | | |
| **Principal** | | - | | | | | | |
| | | | Value $            25,000.00 | | | | 39,000.00 | 14,000.00 |
| Account No. | | | 70th Street 2903 | | | | | |
| **Principal** | | - | | | | | | |
| | | | Value $            20,920.00 | | | | 33,000.00 | 12,080.00 |
| Account No. | | | Clayton 3749 | | | | | |
| **Washington Mutual** c/o Shapiro and Daigrepont 3510 North Causeway, Suite 600 Metairie, LA 70002 | | - | | | | | | |
| | | | Value $            28,000.00 | | | | 35,000.00 | 7,000.00 |

Sheet __11__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 187,500.00 | 39,580.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Redeemed Properties, Inc.**                                              ,   Case No.   **09-10846**
                                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Washington Mutual** | - | | **Clayton 5056** <br><br><br> Value $                    31,000.00 | | | | 46,000.00 | 15,000.00 |
| Account No. <br><br> **Washington Mutual** | - | | **Henderson 5742** <br><br><br> Value $                    30,000.00 | | | | 43,000.00 | 13,000.00 |
| Account No. <br><br> **Washington Mutual** | - | | **Spedale 3848** <br><br><br> Value $                    30,000.00 | | | | 41,000.00 | 11,000.00 |
| Account No. <br><br> **Washington Mutual** | - | | **Bomer 7351** <br><br><br> Value $                    30,000.00 | | | | 34,500.00 | 4,500.00 |
| Account No. <br><br> **Washington Mutual** | - | | **Byron 5153** <br><br><br> Value $                    29,000.00 | | | | 31,000.00 | 2,000.00 |

Sheet __12__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 195,500.00 | 45,500.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Redeemed Properties, Inc.** ,    Case No. **09-10846**
_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>**Washington Mutual** | | - | | | Shelley 3577<br><br><br>Value $          **32,000.00** | | | | **49,500.00** | **17,500.00** |
| Account No.<br><br>**Wells Fargo**<br>**c/o Candace Courteau**<br>**P. O. Box 15270**<br>**Monroe, LA 71207** | | - | | | Dalton 3576<br><br><br>Value $          **29,000.00** | | | | **32,500.00** | **3,500.00** |
| Account No.<br><br>**Wells Fargo** | | - | | | Erie 3001<br><br><br>Value $          **31,000.00** | | | | **41,500.00** | **10,500.00** |
| Account No.<br><br>**Wells Fargo** | | - | | | Erie 2948<br><br><br>Value $          **29,000.00** | | | | **40,000.00** | **11,000.00** |
| Account No.<br><br>**Wells Fargo** | | - | | | Clayton 4060<br><br><br>Value $          **31,000.00** | | | | **44,000.00** | **13,000.00** |

Sheet **13** of **13** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **207,500.00** | **55,500.00** |
| Total<br>(Report on Summary of Schedules) | **4,290,871.56** | **1,082,351.56** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Redeemed Properties, Inc.**                                        ,    Case No.    **09-10846**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>        0        </u>    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Redeemed Properties, Inc.** , Case No. **09-10846**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **American Business Systems 6737 Complex Drive Baton Rouge, LA 70809** | - | | | | 2005 | | | | 271.00 |
| Account No. <br><br> **Bailey Lumber and Supply Co. c/o Sharon Kyle, Attorney 4970 Bluebonnet, #A Baton Rouge, LA 70809** | - | | | | 2005 | | | | 629.00 |
| Account No. **Docket No: C579,103** <br><br> **Bober Mitchell c/o Neil D. Sweeney 7921 Picardy Avenue Baton Rouge, LA 70809** | - | | | | 6/2008 | X | | X | 0.00 |
| Account No. <br><br> **Brekeen and Son's Flooring 11930 Industriplex Boulevard Baton Rouge, LA 70809** | - | | | | 2005 | | | | 687.00 |

___4___ continuation sheets attached

Subtotal
(Total of this page) | 1,587.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Redeemed Properties, Inc.**                                              ,      Case No.   **09-10846**
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Brookstown**<br>**4828 McClelland Drive**<br>**Baton Rouge, LA 70805** | - | | | | | | 6,400.00 |
| Account No. | | 2005 | | | | | |
| **CIT Technology Financing**<br>**c/o Bankruptcy Processing Solution**<br>**800 E. Sonterra Boulevard, Suite 240**<br>**San Antonio, TX 78258** | - | | | | | | 192.00 |
| Account No. | | 2005 | | | | | |
| **Citifinancial Consumer Services**<br>**P. O. Box 41600**<br>**Baton Rouge, LA 70835** | - | | | | | | 812.00 |
| Account No. | | 2005 | | | | | |
| **Climate Control**<br>**17385 S. Harrell's Ferry**<br>**Baton Rouge, LA 70816** | - | | | | | | 267.00 |
| Account No. | | 2005 | | | | | |
| **Dell/Citibank USA N.A.**<br>**P. O. Box 9025**<br>**IA 50365** | - | | | | | | 1,224.00 |

| | | |
|---|---|---|
| Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 8,895.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Redeemed Properties, Inc.** _____,   Case No. ____**09-10846**____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | 2005 | | | | | | |
| Eagle FCU 3949 North Blvd Baton Rouge, LA 70806 | - | | | | | | | 1,208.00 |
| Account No. | | 2005 | | | | | | |
| Graybar Financial Services 4600 Touchton Road East Bldg. 100, Suite 300 Jacksonville, FL 32246 | - | | | | | | | 480.00 |
| Account No. | | 2005 | | | | | | |
| Hancock Bank P. O. Box 4019 Gulfport, MS 39502 | - | | | | | | | 7,099.00 |
| Account No. | | 2005 | | | | | | |
| Harrison Paint Company 5425 Choctaw Drive Baton Rouge, LA 70805 | - | | | | | | | 209.00 |
| Account No. | | 2005 | | | | | | |
| Home Depot c/o PRO Consulting Services, Inc. P. O. Box 66768 Houston, TX 77266-6788 | - | | | | | | | 367.00 |

Sheet no. __**2**__ of __**4**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,363.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Redeemed Properties, Inc.**                                    ,     Case No.  **09-10846**
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2005 | | | | |
| **Lamar Advertising** **5551 Corporate Boulevard** **Baton Rouge, LA 70808** | - | | | | | | 800.00 |
| Account No. | | | 2005 | | | | |
| **Lexington General Agency** **1000 C.M. Fagan Drive, #E** **Hammond, LA 70402** | - | | | | | | 482.00 |
| Account No. | | | 2005 | | | | |
| **Loretta Haydel** **38020 Seven Oaks** **Prairieville, LA 70769** | - | | | | | | 5,642.00 |
| Account No. | | | 2005 261 | | | | |
| **Lowe's** **P. O. Box 4554, Dept. 79** **Carol Stream, IL 60197** | - | | | | | | 0.00 |
| Account No. | | | 2005 | | | | |
| **Nextel Communications** **c/o GC Services** **P. O. Box 95366** **Atlanta, GA 30347** | - | | | | | | 145.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                7,069.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Redeemed Properties, Inc.**                                                              ,   Case No.   **09-10846**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | 2005 | | | | | | |
| Office Depot P. O. Box 9020 Des Moines, IA 50368 | - | | | | | | | 571.00 |
| Account No. | | 2005 | | | | | | |
| Stanton's Ace Appliance Superstore c/o Mac Achee, Attorney 8708 Jefferson Highway, Suite B Baton Rouge, LA 70809 | - | | | | | | | 176.00 |
| Account No. | | 2005 | | | | | | |
| Triche and Associates 9456 Jefferson Hwy Baton Rouge, LA 70809 | - | | | | | | | 1,552.00 |
| Account No. | | 2005 | | | | | | |
| Wells Fargo Financial Leasing 2348 S. Range Aveue Denham Springs, LA 70726 | - | | | | | | | 280.00 |
| Account No. | | 2005 | | | | | | |
| Wooddale Glass Company c/o David Dawson, Attorney P. O. Box 14716 Baton Rouge, LA 70898 | - | | | | | | | 1,027.00 |

| | | |
|---|---|---|
| Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,606.00 |
| | Total (Report on Summary of Schedules) | 30,520.00 |

B6G (Official Form 6G) (12/07)

In re   **Redeemed Properties, Inc.**                                        Case No.   **09-10846**
_____,
                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re    **Redeemed Properties, Inc.**                                          ,        Case No.        **09-10846**
                                         Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Louisiana

In re    **Redeemed Properties, Inc.**                           Case No.    **09-10846**

                                     Debtor(s)           Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **31**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **June 30, 2009**                       Signature    **/s/ Jerry Baker**

                                                     **Jerry Baker**
                                                           **President**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Middle District of Louisiana

In re    **Redeemed Properties, Inc.**                                    Case No.    **09-10846**

                                                    Debtor(s)            Chapter      **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
|---|---|---|
| **$0.00** | **2007** | **Taxable Income  ($39,000.00)** |
| | **2008** | **Taxable Income  (Return Being Prepared)** |
| | **2009** | **Year to Date Gross Receipts $375,000.00** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chase Home Finance vs. Redeemed Properties, Inc. Docket No: 566126** | **Foreclosure** | **19th Judicial District Court; Parish of East Baton Rouge; State of Louisiana** | **Stayed** |
| **Docket No:  564,775** | **Foreclosure** | **19th Judicial District Court; Parish of East Baton Rouge; State of Louisiana** | **Stayed** |
| **Docket No:  564,774** | **Foreclosure** | **19th Judicial District Court; Parish of East Baton Rouge; State of Louisiana** | **Stayed** |
| **Docket No:  572,927** | **Foreclosure** | **19th Judicial District Court; Parish of East Baton Rouge; State of Louisiana** | **Stayed** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Docket No: 493,290** | **Foreclosure** | **19th Judicial District Court; Parish of East Baton Rouge; State of Louisiana** | **Stayed** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☐    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Property Damage** | **Hurricane Gustav, claims pending** | **9/2008** |

4

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pamela Magee**<br>**7922 Wrenwood Blvd, Ste B**<br>**Baton Rouge, LA 70809** | **2009** | **$7,500.00** |

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Delivered, Inc. - Owned by Jerry Baker** | **2009** | **Property sold subject to debt of Fidelity Bank** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

**13. Setoffs**

None  ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None  ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None  ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None  ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None **■** c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                                  DOCKET NUMBER                                  STATUS OR DISPOSITION

### 18 . Nature, location and name of business

None **■** a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

|      | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. |         |                    | BEGINNING AND |
|------|------|------|------|------|
| NAME | (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | ENDING DATES |

None **■** b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                              ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None **■** a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                              DATES SERVICES RENDERED

None **■** b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                  ADDRESS                                  DATES SERVICES RENDERED

None **■** c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                              ADDRESS

7

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                   DATE ISSUED

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                                     DOLLAR AMOUNT OF INVENTORY

DATE OF INVENTORY             INVENTORY SUPERVISOR                  (Specify cost, market or other basis)

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY

DATE OF INVENTORY                                    RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST               PERCENTAGE OF INTEREST
**Jerry Baker, Jr.**                            **President**                           **100%**

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                              NATURE AND PERCENTAGE
NAME AND ADDRESS                    TITLE                           OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                               ADDRESS                           DATE OF WITHDRAWAL

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                           DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                                    DATE AND PURPOSE                    AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                          OF WITHDRAWAL                      OR DESCRIPTION AND
                                                            VALUE OF PROPERTY

8

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **June 30, 2009**                          Signature   **/s/ Jerry Baker**
                                                              **Jerry Baker**
                                                              **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*